<u>VIDEO CIVIL MOTION HEARING</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date:  February 21, 2023
Judge B. Lynn Winmill                    Deputy Clerk: Jamie Gearhart
Case No. 2:22-cv-377                      Reporter: Tammy Hohenleitner
Place: Video - Zoom                       Time: 10:01 – 11:09 a.m.


<u>FEDERAL TRADE COMMISSION v. KOCHAVA, INC.</u>

Counsel for Plaintiff: Brian Shull, Julia Horwitz, and Elizabeth Scott

Counsel for Defendant: Craig Mariam

The Court heard oral argument on Defendant's Motion to Dismiss (Dkt. 7) via Zoom. The Court will issue a written decision on the motion.