# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>KOCHAVA INC., corporation,<br><br>    Defendant. | Case No. 2:22-cv-00377-BLW<br><br>**DECLARATION OF JULIA HORWITZ** |

Pursuant to 28 U.S.C. § 1746, I declare the following:

    1.    My name is Julia Horwitz. I am a United States citizen over the age of eighteen. I am competent to make this declaration, and I am not a party to the above-captioned litigation. I have personal knowledge of the statements set forth in this declaration, and if called upon as a witness to testify about the matters to which this declaration refers, I could and would be able to do so.

    2.    I am an attorney in the Bureau of Consumer Protection's Division of Privacy and Identity Protection at the Federal Trade Commission ("FTC") in Washington, D.C.

    3.    I understand that the defendant in this action, Kochava, Inc. ("Kochava"), has made several document productions pursuant to a Civil Investigative Demand issued by the FTC.

    4.    The FTC included factual allegations in its Amended Complaint in this action that quote from, excerpt, or are based on materials from these productions. Every document that the FTC quoted from, excerpted, or used as the basis for factual allegations in the Amended Complaint was produced by Kochava with the blanket instruction to treat the entire production as "highly confidential" and "proprietary."

5. On June 1, 2023, four days prior to filing its Amended Complaint, the FTC informed counsel for Kochava by email that the FTC intended to file its Amended Complaint under seal out of an abundance of caution, while also stating its position that none of the factual allegations in the Amended Complaint warranted remaining under seal. In the same email, the FTC informed counsel for Kochava that, after filing under seal, the FTC intended to request that Kochava identify any portions of the Amended Complaint the company believed should remain under seal and be redacted from a public version of the Amended Complaint.

6. Kochava did not respond to this email.

7. Until the FTC Commissioners vote to authorize staff to file a complaint or an amended complaint, the pleading is still in draft form and subject to change. In fact, in this case, counsel for the FTC was still editing a draft of the Amended Complaint in this matter on the morning of June 5, 2023.

8. I understand that the FTC Commissioners voted to authorize FTC staff to file the Amended Complaint on June 5, 2023. Shortly after learning of the vote, FTC staff filed the Amended Complaint under seal on June 5, 2023.

9. Also on June 5, 2023, the FTC served an unsealed, unredacted version of the Amended Complaint on Kochava.

10. Also on June 5, 2023, the FTC responded to its own June 1, 2023 email and asked Kochava to inform the FTC if the company believed there were portions of the Amended Complaint that should remain under seal and, if so, to provide the FTC with proposed redactions.

11. Counsel for Kochava refused to do so, instead accusing FTC counsel of, among other things, engaging in unethical behavior. A true and correct copy of that email thread is attached to this declaration as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2023.

                                             */s/ Julia Horwitz*
                                             Julia Horwitz
                                             Federal Trade Commission
                                             600 Pennsylvania Avenue NW
                                             Washington, D.C. 20580

# Exhibit 1

| | |
|---|---|
| **From:** | Craig Mariam |
| **To:** | Horwitz, Julia |
| **Cc:** | Hazel Mae Pangan; Shull, Brian; Scott, Elizabeth C.; Elena Kuzminova |
| **Subject:** | Re: FTC v. Kochava - Discovery Requests and Protective Order |
| **Date:** | Monday, June 5, 2023 5:00:44 PM |

No, we asked you to do this before filing and you flat refused. Filing something publicly when you know there are confidential concerns and asking for post hoc relief is inappropriate. We will be addressing this with serious concerns as your intentions in swaying public opinion and ignoring real confidences and rules and ethics on point seems clear.

Sent from my iPhone

On Jun 5, 2023, at 1:56 PM, Horwitz, Julia <jhorwitz@ftc.gov> wrote:

Hazel,

As we indicated in our email last Thursday, we do not believe that anything in the amended complaint, which Brian has just served, needs to be redacted. However, in the event that Kochava disagrees, we request that you send us a version of the amended complaint reflecting your proposed redactions by this coming Thursday, June 8, so that we may determine the extent of the parties' disagreement.

Thanks,

**Julia Horwitz**
**Division of Privacy and Identity Protection** | **Federal Trade Commission**
Tel:  202.326.2269 | jhorwitz@ftc.gov

**From:** Horwitz, Julia
**Sent:** Thursday, June 1, 2023 1:16 PM
**To:** Hazel Mae Pangan <hpangan@grsm.com>; Shull, Brian <bshull@ftc.gov>; Scott, Elizabeth C. <escott@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Elena Kuzminova <ekuzminova@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Hazel,

Thank you for your email. Given the upcoming deadline for the FTC to file its amended complaint, negotiating, finalizing, and filing the protective order before we file the amended complaint is unfeasible—particularly because the parties still disagree on substantive terms. However, we recognize that some of the materials the FTC plans to include in the amended complaint (assuming it is approved by the Commission) were designated "proprietary" and "highly confidential" by your client in its document productions. While we do not believe that anything in the amended complaint is proprietary or constitutes a trade secret, out of an abundance of caution, we plan to file the complaint under seal. At that point, we will request that Kochava identify which portions (if anything) it believes should be redacted from a public version of the filing.

As a courtesy, our draft motion to seal is attached.

Thanks,

**Julia Horwitz**
**Division of Privacy and Identity Protection** | **Federal Trade Commission**
Tel:  202.326.2269 | jhorwitz@ftc.gov

**From:** Hazel Mae Pangan <hpangan@grsm.com>

**Sent:** Thursday, May 25, 2023 9:37 PM
**To:** Horwitz, Julia <jhorwitz@ftc.gov>; Shull, Brian <bshull@ftc.gov>; Scott, Elizabeth C. <escott@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Elena Kuzminova <ekuzminova@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Julia, Brian, and Libby -

Given the Memorial Day holiday and my receipt of Julia's out-of-office message just now, please respond as requested in my prior email by Thursday, June 1.  Thank you.

---

**From:** Hazel Mae Pangan
**Sent:** Thursday, May 25, 2023 6:32 PM
**To:** 'Horwitz, Julia' <jhorwitz@ftc.gov>; Shull, Brian <bshull@ftc.gov>; Scott, Elizabeth C. <escott@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Elena Kuzminova <ekuzminova@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Julia,

Given the FTC's apparent intention to file an amended complaint, we need to move forward with the stipulated protective order.  Please provide your edits and/or comments as soon as possible, and no later than Monday, May 29 so that we can avoid having to move the court for entry of the order.

Thank you.

Regards,
Hazel Pangan

---

**HAZEL MAE B. PANGAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

D: 619-230-7479  |  C: 619-339-8123  |  hpangan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Horwitz, Julia <jhorwitz@ftc.gov>
**Sent:** Monday, May 15, 2023 8:17 AM
**To:** Hazel Mae Pangan <hpangan@grsm.com>; Shull, Brian <bshull@ftc.gov>; Scott, Elizabeth C. <escott@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Elena Kuzminova <ekuzminova@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Thanks, Hazel. Given the Court's recent opinion, we are considering our next steps. If we file an amended complaint, we will revert this as soon as possible.

Best,

Julia

**From:** Hazel Mae Pangan <hpangan@grsm.com>
**Sent:** Friday, May 12, 2023 4:36 PM
**To:** Shull, Brian <bshull@ftc.gov>; Horwitz, Julia <jhorwitz@ftc.gov>; Scott, Elizabeth C. <escott@ftc.gov>

**Cc:** Craig Mariam <cmariam@grsm.com>; Elena Kuzminova <ekuzminova@grsm.com>
**Subject:** [WARNING: UNSCANNABLE EXTRACTION FAILED]RE: FTC v. Kochava - Discovery Requests and Protective Order

Hi Brian, Julia, and Libby -

Here are our edits in redline. We have highlighted our comments in yellow, and noted them as "GRSM" in the comment bubbles. The substantive area of disagreement is at Section VIII.B and C pertaining to third parties. Your other changes with respect to the FTC's sharing of information under the CFR are workable for us, and we are willing to accept those changes.

We are available to confer next week if necessary.

Thanks,
Hazel

---

**HAZEL MAE B. PANGAN** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

D: 619-230-7479  |  C: 619-339-8123  |  hpangan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Shull, Brian <bshull@ftc.gov>
**Sent:** Wednesday, May 3, 2023 5:14 AM
**To:** Horwitz, Julia <jhorwitz@ftc.gov>; Elena Kuzminova <ekuzminova@grsm.com>; Scott, Elizabeth C. <escott@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Hi all,

Following up on the protective order. We would like to get this to the court as soon as possible. Are there edits that we made that Kochava will not accept? If so, can we schedule a meet and confer to discuss?

Thanks,

Brian

**From:** Horwitz, Julia <jhorwitz@ftc.gov>
**Sent:** Friday, April 21, 2023 9:09 PM
**To:** Elena Kuzminova <ekuzminova@grsm.com>; Scott, Elizabeth C. <escott@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Elena,

Please find attached our comments and edits to your last draft of the protective order. (We accepted your changes and then made our revisions in redline.) Your edits were

substantial, and we tried to accept them wherever possible, but we noted a few places where we could not agree to your proposals. We're happy to have a call to discuss.

Thanks, and have a good weekend,

Julia

**Julia Horwitz**
**Division of Privacy and Identity Protection** | **Federal Trade Commission**
Tel:  202.326.2269 | jhorwitz@ftc.gov

---

**From:** Elena Kuzminova <ekuzminova@grsm.com>
**Sent:** Tuesday, March 28, 2023 7:21 PM
**To:** Horwitz, Julia <jhorwitz@ftc.gov>; Scott, Elizabeth C. <escott@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Hi Julia, Elizabeth and Brian,

Please see attached our comments and edits to the FTC's proposed protective order. We may have further edits to the "Location Data" definition and will advise shortly.

Thank you.

Elena

---

**From:** Hazel Mae Pangan <hpangan@grsm.com>
**Sent:** Friday, March 24, 2023 11:20 AM
**To:** Horwitz, Julia <jhorwitz@ftc.gov>; Elena Kuzminova <ekuzminova@grsm.com>
**Cc:** Craig Mariam <cmariam@grsm.com>; Scott, Elizabeth C. <escott@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Thanks, Julia. We are agreed.

---

**From:** Horwitz, Julia <jhorwitz@ftc.gov>
**Sent:** Friday, March 24, 2023 8:14 AM
**To:** Elena Kuzminova <ekuzminova@grsm.com>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>; Scott, Elizabeth C. <escott@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Elena,

We will agree to the extension of your deadline to respond to the FTC's discovery requests to March 30 provided that we receive your comments on the proposed protective order no later than Tuesday, March 28. However, please note that we will not agree to any further extensions of your deadline to respond to these requests, which were served on February 8.

We look forward to your responses.

**Julia Horwitz**
**Division of Privacy and Identity Protection** | **Federal Trade Commission**
Tel:  202.326.2269 | jhorwitz@ftc.gov

---

**From:** Elena Kuzminova <ekuzminova@grsm.com>
**Sent:** Friday, March 24, 2023 10:54 AM
**To:** Horwitz, Julia <jhorwitz@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>; Scott, Elizabeth C. <escott@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Hi Julia,

We are writing to request a brief extension of Kochava's deadline to respond to the FTC's Interrogatories and Requests for Production until March 30. We agree to a reciprocal extension of the FTC's deadline to respond to Kochava's written discovery requests until March 30. We will also provide our comments to the FTC's proposed protective order next week.

Thank you.

Elena

---

**From:** Elena Kuzminova
**Sent:** Friday, March 10, 2023 8:02 AM
**To:** Horwitz, Julia <jhorwitz@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>; Scott, Elizabeth C. <escott@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Hi Julia,

Thank you for the extension. We will provide our comments to the proposed protective order soon.

Pursuant to the Parties' Discovery Plan, please see attached Kochava's E-mail Custodian List.

Thank you.

Elena

---

**From:** Horwitz, Julia <jhorwitz@ftc.gov>
**Sent:** Tuesday, March 7, 2023 6:35 AM
**To:** Elena Kuzminova <ekuzminova@grsm.com>; Scott, Elizabeth C. <escott@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan

<hpangan@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Elena,

We agree to extend the parties' deadlines to respond to the first set of discovery requests to March 24. However, we are still awaiting your feedback on our proposed protective order. Please provide your thoughts as soon as possible.

Thanks,

**Julia Horwitz**
**Division of Privacy and Identity Protection** | **Federal Trade Commission**
Tel:  202.326.2269 | jhorwitz@ftc.gov


**From:** Elena Kuzminova <ekuzminova@grsm.com>
**Sent:** Monday, March 6, 2023 4:26 PM
**To:** Scott, Elizabeth C. <escott@ftc.gov>; Horwitz, Julia <jhorwitz@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Cc:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Elizabeth, Brian, and Julia:

Please advise if you are amenable to a two-week extension of Kochava's deadline to respond to the FTC's First Set of Interrogatories and Requests for Production of Documents. We are amenable to a reciprocal two-week extension of the FTC's deadline to respond to Kochava's First Set of Interrogatories and Requests for Production of Documents. If you agree, Kochava's and the FTC's responses will be due on March 24, 2023.

Thank you.

Elena

**From:** Scott, Elizabeth C. <escott@ftc.gov>
**Sent:** Wednesday, March 1, 2023 8:16 AM
**To:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>; Elena Kuzminova <ekuzminova@grsm.com>
**Cc:** Horwitz, Julia <jhorwitz@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Subject:** RE: FTC v. Kochava - Discovery Requests and Protective Order

Craig, Hazel, and Elena,

With discovery responses due next week, we should aim to get the protective order signed and entered ASAP.  Please provide your thoughts on our proposed order by COB Monday.

Thanks,
Libby

**From:** Scott, Elizabeth C.

**Sent:** Wednesday, February 8, 2023 11:37 AM
**To:** Craig Mariam <cmariam@grsm.com>; Hazel Mae Pangan <hpangan@grsm.com>; Elena Kuzminova <ekuzminova@grsm.com>
**Cc:** Horwitz, Julia <jhorwitz@ftc.gov>; Shull, Brian <bshull@ftc.gov>
**Subject:** FTC v. Kochava - Discovery Requests and Protective Order

Craig, Hazel, and Elena,

Attached please find the FTC's First Set of Interrogatories and First Request for Production of Documents.

As previously discussed, please also find a proposed protective order for your review.

Thank you,
Libby

Elizabeth C. Scott, Attorney
Federal Trade Commission
230 South Dearborn Street, Suite 3030 | Chicago, IL 60604
t: 312.960.5609 | escott@ftc.gov
Pronouns: she/her/hers

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE PARTNER®**

http://www.grsm.com