# Exhibit B

## DECLARATION OF JOSEPH SWINDAL
### Pursuant to 28 U.S.C. § 1746

I, Joseph Swindal, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1. I am an Honors Paralegal at the Federal Trade Commission ("FTC") and am over the age of 18. As an Honors Paralegal, my job functions include providing litigation and investigation support to Bureau of Consumer Protection attorneys and other staff involved in the litigation of FTC cases. Among other things, my job involves the gathering of information, analysis of electronic discovery, organization of case materials, and writing of declarations. As an Honors Paralegal, I regularly use Internet browsers, Internet search engines, and other software-based investigative and organizational tools, which I understand is typical for this position at the FTC.

2. As an Honors Paralegal, I work on several FTC matters. In June 2023, I was assigned to the litigation, *FTC v. Kochava Inc.*, 2:22-cv-00377-BLW (D. Idaho).

3. As part of this assignment, I used the software programs "Snagit" and "WebPreserver" to capture the contents of various web pages.

4. On June 6, 2023, I visited and captured the webpage: https://www.kochava.com/custom-audience-building-made-easy/. Attached hereto as Attachment A is a true and correct copy of this webpage capture.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2023.                      /s Joseph Swindal
                                                Joseph Swindal

1

# Attachment A



# Custom Audience Building Made Easy

♡ 1   Share

By rory  |  April 6, 2021  |  Data Marketplace, News & Updates  |  7 Min Read

## Build and syndicate custom audience segments with the Kochava Collective

Building and maintaining a valued brand to customer relationships has become a vital piece of being a successful business. Cultivating rich and engaging marketing content is only part of the puzzle, you also need to ensure you are reaching the right audience. Otherwise, your time and resources spent crafting the "perfect" campaign will fall on deaf ears.

The Kochava Collective Audience Builder tool allows for seamless custom audience segmentation and simple partner syndication directly from the dashboard. With the Audience Builder tool, you can select from a wide array of filter options for more detailed and customized audiences—helping you narrow down to your most qualified target devices. Highlighted below are just a few of the available filters. To learn more contact collective@kochava.com

### Activation Partners

To maintain a privacy-first data marketplace, all premium third-party suppliers are thoroughly vetted for data integrity. Leverage this filter by selecting data from over 45 different social and programmatic activation partners like Facebook, Snapchat, Tapjoy, and Google DoubleClick.

### Demographics

Inside of your marketing networks, performance levers for more detailed targeting are becoming scarcer as systems become more automated. Take back some of that control with the Collective Audience Builder tool. Breakdown audiences beyond just gender and age. With our newest data partnership, you can narrow down your target segment by homeownership, education level, household income, relationship status, ethnicity, child count, and more.

#### Interests & Behaviors

With hundreds interest and behavior categories standardized to the Interactive Advertising Bureau's (IAB) taxonomy, you can create audience segments on a more meaningful level by understanding their interests and behaviors affinity groups. From books and literature, business and finance, events and attractions, to home and garden, family and relationships, and news and politics, you can build tailored audiences that fit the perfect profile for your brand, product, or campaign goals.



#### Apps on Device

Gain a competitive advantage by conquesting potential customers that have your competitors apps on their device. The Apps on Device filter allows you to search specific apps by name or browse different app categories on both Android and iOS devices.

#### App Usage

To dive deeper, the App Usage filter provides users who not only have an app installed but actually use specific types or categories of apps. Narrow the search further by selecting a specific usage type such as install, session, engagement, purchase, or purchase intent within the last 7-365 days or all time. These specific time segments can create great audience testing when looking to acquire highly engaged customers.

Each of these filters can create custom audience segments available to save, and syndicate with your top trusted partners directly in the platform. To get access to the Kochava Collective and learn more about ways to leverage the Audience Builder tool please reach out to collective@kochava.com.



---

### Related Posts



News & Updates

**Google is Deprecating Firebase Dynamic Links**

Jeff Richardson
May 19, 2023



Education   News & Updates

**Navigating Ad Budget Cuts**

Sierra Scott
May 17, 2023



News & Updates

**Meta is Improving App Aggregated Event Measurement (AEM)**

Jeff Richardson
May 17, 2023



| Quick Links | Resources | Company | Subscribe to Our Newsletter |
|---|---|---|---|
| Always-on Incremental Measurement | Support | About Us | Enter Email / Sign Up |
| IdentityLink® | Glossary | Careers | Get Started |
| Blockchain | Learning Center | Blog | Compare Plans & Pricing |
| Real-Time Analytics | Case Studies | Press | |
| Reporting | Customer Testimonials | Kochava Summit | |
| Data Syndication | Download the SDK | Website Privacy Policy | |
| SDK vs S2S Integration | Authorized Agencies | Opt Out & Do Not Sell | |

