CRAIG J. MARIAM  (SBN: 11061)
cmariam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone:  (208) 489-9095
Facsimile:  (877) 306-0043

Attorneys for Defendant
KOCHAVA INC.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# NORTHERN (COEUR D'ALENE) DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:22-cv-00377-BLW |
| Plaintiff, | Judge: Honorable B. Lynn Winmill |
| vs. | **MOTION TO SEAL** |
| KOCHAVA INC., | **DEFENDANT KOCHAVA INC.'S MOTION TO MAINTAIN AMENDED COMPLAINT UNDER SEAL** |
| Defendant. | |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Kochava, Inc. ("Kochava") will and hereby does respectfully move this Honorable Court. Pursuant to District of Idaho Local Civil Rule 5.3, to issue an order maintaining under seal the Federal Trade Commission's Amended Complaint.

The Amended Complaint is the subject of a concomitantly-served Rule 11 sanctions motion relative to inflammatory and misleading allegations contained therein. Because the Amended Complaint was filed in violation of Rule 11 for improper purposes, and given the irreversible harm that would otherwise occur were the Amended Complaint to be unsealed pending a decision on the Rule 11 motion, this Court should maintain the filing under seal of said Amended

Complaint until such time as a decision is made on that motion. There would be no harm in doing so; conversely, the harm to Kochava in unsealing a pleading that is based in fiction would be irreversible given the publicity underlying this matter.

Pursuant to the Local Rules of Civil Practice before the United States District Court for the District of Idaho, the Court will issue a notice of hearing for this Motion. Dist. Idaho L. Rule 7.1.

This Motion is based on the Memorandum of Points and Authorities, and the pleadings, records, and files in this action.

Dated: June 27, 2023                              Respectfully submitted,


By:  */s/ Craig J. Mariam*
     Craig J. Mariam
     GORDON REES SCULLY MANSUKHANI, LLP
     999 W. Main Street, Suite 100
     Boise, ID 83702
     (208) 489-9095
     *cmariam@grsm.com*

     **Attorneys for Defendant Kochava Inc.**