CRAIG J. MARIAM (SBN: 11061)
cmariam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone: (208) 489-9095
Facsimile: (877) 306-0043

Attorneys for Defendant
KOCHAVA INC.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO
### NORTHERN (COEUR D'ALENE) DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>KOCHAVA INC.,<br><br>          Defendant. | CASE NO. 2:22-cv-00377-BLW<br><br>Judge: Honorable B. Lynn Winmill<br><br>**MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Kochava Inc. (hereinafter "Kochava") will and hereby does respectfully move this Honorable Court for an Order dismissing Plaintiff Federal Trade Commission's (hereinafter "FTC") First Amended Complaint for failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6). Kochava moves the Court for an order dismissing the First Amended Complaint in its entirety, with prejudice.

Pursuant to the Local Rules of Civil Practice before the United States District Court for the District of Idaho, the Court will issue a notice of hearing for this Motion. Dist. Idaho L. Rule 7.1.

Pursuant to Judge B. Lynn Winmill's Chambers Rules, on June 27, 2023, Kochava's counsel met and conferred with counsel for the FTC regarding Kochava's grounds for this Motion. The parties were unable to reach agreement for the filing of an amended complaint, thus necessitating the filing of this Motion.

This Motion is supported by the Memorandum of Points and Authorities in Support of Kochava's Motion to Dismiss under Federal Rule of Civil procedure 12(b)(6), and the pleadings on file.

Dated: July 5, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Craig J. Mariam*
　　　　　　　　　　　　　　　　　　　　　　Craig J. Mariam
　　　　　　　　　　　　　　　　　　　　　　GORDON REES SCULLY MANSUKHANI, LLP
　　　　　　　　　　　　　　　　　　　　　　999 W. Main Street, Suite 100
　　　　　　　　　　　　　　　　　　　　　　Boise, ID 83702
　　　　　　　　　　　　　　　　　　　　　　(208) 489-9095
　　　　　　　　　　　　　　　　　　　　　　*cmariam@grsm.com*

　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendant Kochava Inc.**