BRIAN SHULL, IL Bar No. 6293797
JULIA A. HORWITZ, DC Bar No. 1018561
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3734
Fax: (202) 326-3062
bshull@ftc.gov
jhorwitz@ftc.gov

ELIZABETH C. SCOTT, IL Bar No. 6278075
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
Phone: (312) 960-5609
Fax: (312) 960-5600
escott@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KOCHAVA INC., corporation,<br><br>　　Defendant. | **Case No. 2:22-cv-00377-BLW**<br><br>**MOTION TO SEAL PLAINTIFF FTC'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

　　Plaintiff Federal Trade Commission ("FTC") submits this motion to file its Response to Defendant's Motion to Dismiss First Amended Complaint under seal, pursuant to Local Civil Rule 5.3 and this Court's prior order sealing the Amended Complaint and the Motion to Dismiss. (Dkt. 36.) In support of this Motion, the FTC states as follows:

1.     On June 5, 2023, the FTC filed its Amended Complaint in this matter. Out of an abundance of caution, the FTC asked the Court to seal the Amended Complaint to give Defendant Kochava an opportunity to suggest redactions for a publicly filed version of the Amended Complaint. (Dkt. 25.)

2.     When Kochava refused to engage with the FTC on the issue of redactions, the FTC sought to unseal the Amended Complaint (Dkt. 29), which Kochava opposed (Dkt. 30), filing its own motion to maintain the seal on the Amended Complaint and to seal its Motion to Dismiss the Amended Complaint (Dkt. 31).

3.     On July 10, 2023, the Court entered an order (Dkt. 36) sealing both the Amended Complaint and the Motion to Dismiss, pending the outcome of Kochava's Rule 11 motion for sanctions. At Kochava's request, the Court also sealed the Rule 11 motion. (Dkt. 43.)

4.     Because the FTC's Response to Defendant's Motion to Dismiss relates to and quotes from both the Amended Complaint and Defendant's Motion to Dismiss, sealing it is consistent with the Court's prior order.

Wherefore, the FTC respectfully requests that the Court seal its Response to Defendant's Motion to Dismiss First Amended Complaint.

Respectfully submitted,

Dated: August 9, 2023                 /s Brian Shull

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION