CRAIG J. MARIAM  (SBN: 11061)
cmariam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone:  (208) 489-9095
Facsimile:  (877) 306-0043

Attorneys for Defendant
KOCHAVA INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## NORTHERN (COEUR D'ALENE) DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) CASE NO. 2:22-cv-00377-BLW |
| Plaintiff, | ) Judge: Hon. B. Lynn Winmill |
| vs. | ) **JOINT STIPULATION TO** |
| KOCHAVA INC., corporation | ) **MODIFY SCHEDULING ORDER** |
| Defendant. | ) |

TO THIS HONORABLE COURT:

Plaintiff Federal Trade Commission ("FTC") and Defendant Kochava Inc. ("Kochava")

(Plaintiff and Kochava collectively referred to herein as the "Parties"), by and through their

respective counsel, respectfully submit this stipulation to modify the Scheduling Order (Dkt. No.

17) by extending certain pre-trial dates for good cause as follows:

WHEREAS, on August 29, 2022, the FTC filed the instant action (Dkt. No. 1);

WHEREAS, on October 28, 2022, Kochava filed its Motion to Dismiss the FTC's

Complaint (Dkt. No. 7);

WHEREAS, on February 1, 2023, the Parties timely filed their Discovery Plan and

Litigation Plan setting forth proposed Scheduling Order dates in this case (Dkt. Nos. 14, 15);

WHEREAS, on February 10, 2023, the Court entered its Scheduling Order, setting forth pre-trial deadlines and dates, including Discovery Cutoff on January 15, 2024; Expert Discovery Completed by March 18, 2024; Dispositive Motions due on May 5, 2024; and ADR deadline by January 26, 2024 (Dkt. No. 17);

WHEREAS, on May 4, 2023, the Court granted Kochava's Motion to Dismiss with leave to amend and ordered the FTC to file an amended complaint within 30 days after entry of the Court's Order (Dkt. No.24);

WHEREAS, on June 5, 2023, the FTC filed its FAC (Dkt. No. 26);

WHEREAS, the Parties stipulated to and the Court granted an extension of time for Kochava to respond to the FAC until July 5, 2023 (Dkt. Nos. 27, 28);

WHEREAS, Kochava filed its motion to dismiss the FAC on July 5, 2023 (Dkt. No. 34), to which the FTC filed its response on August 9, 2023 (Dkt. No. 45), with Kochava filing its reply on August 30, 2023 (Dkt. No. 51) and the FTC filing a sur-reply with the Court's leave on September 7, 2023 (Dkt. No. 62);

WHEREAS, on August 8, 2023, Kochava filed a motion for sanctions under Federal Rule of Civil Procedure 11 with respect to the FAC (Dkt. No. 40), to which motion the FTC filed its response on August 18, 2023 (Dkt. No. 47), with Kochava filing its reply on September 1, 2023 (Dkt. No. 55);

WHEREAS, on November 3, 2023, the Court issued its ruling on Kochava's Rule 11 Motion;

WHEREAS, Kochava's motion to dismiss the FAC is fully briefed and remains pending the Court's adjudication;

JOINT STIPULATION TO MODIFY SCHEDULING ORDER

WHEREAS, no trial date has been set and there have been no prior modifications of the Scheduling Order (Dkt. No. 17) in this case;

WHEREAS, in light of the multiple rounds of pleadings and motions related to the initial and amended complaints, the procedurally complex nature of this dispute, and that the Parties have been reasonably and prudently tracking the decision on the pending motion to dismiss in order for them to fully understand respective discovery requirements in the matter, the Parties require additional time for the discovery stage of the case, necessarily impacting other deadlines, including the dispositive motion schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request the Court modify the Scheduling Order dates according to the proposed dates in the Amended Litigation Plan concurrently filed herewith.

Pursuant to Civil Local Rule 6.1(b), by their signatures below, Counsel certify that their respective clients know about and agree to the requested modifications and continuances of the Scheduling Order dates herein.

SO STIPULATED.

Respectfully submitted,

Dated: January 3, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/  Craig J. Mariam*
Craig J. Mariam, ISB No. 11061
999 W. Main Street, Suite 100
Boise, ID 83702
(208) 489-9095
*cmariam@grsm.com*

**Attorneys for Defendant Kochava Inc.**

JOINT STIPULATION TO MODIFY SCHEDULING ORDER

Dated: January 3, 2024                    FEDERAL TRADE COMMISSION

                                   By:    */s/   Brian Shull*                          
                                          Brian Shull
                                          Julia Horwitz
                                          Elizabeth Scott
                                          Federal Trade Commission
                                          600 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20580
                                          (202) 326-3734
                                          *bshull@ftc.gov*
                                          *jhorwitz@ftc.gov*
                                          *escott@ftc.gov*

                                          **Attorneys for Plaintiff Federal Trade
                                          Commission**

JOINT STIPULATION TO MODIFY SCHEDULING ORDER