IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KOCHAVA INC.,<br><br>Defendant. | Case No.: 2:22-cv-00377-BLW<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

Before the Court is the parties' Joint Stipulation to Modify Scheduling Order (Dkt. 64). After considering the Stipulation, and good cause appearing, the Court hereby amends the case management deadlines within the Scheduling Order (Dkt. 17) and Joint Discovery Plan (Dkt. 14) as follows:

1. Dispositive Motion Deadline: **May 5, 2025**

2. Joinder of Parties & Amendment of Pleadings Deadline: **May 6, 2024**

3. Alternative Dispute Resolution Deadline: **January 24, 2025**

4. Fact Discover Deadline: **January 15, 2025**

5. Expert Discovery Deadline: **March 28, 2025**

    a. Plaintiff's and Defendant's identification and disclosure of affirmative expert witnesses: **January 27, 2025**

    b. Disclosure of rebuttal experts: **February 28, 2025**

DATED: January 10, 2024

_____
B. Lynn Winmill
United States District Judge