BRIAN SHULL, IL Bar No. 6293797
JULIA A. HORWITZ, DC Bar No. 1018561
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3734
Fax: (202) 326-3062
bshull@ftc.gov
jhorwitz@ftc.gov

ELIZABETH C. SCOTT, IL Bar No. 6278075
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
Phone: (312) 960-5609
Fax: (312) 960-5600
escott@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KOCHAVA INC., a corporation,<br><br>Defendant. | Case No. 2:22-cv-00377-BLW<br><br>**MOTION TO UNSEAL DOCKET ENTRIES 33, 40, 45, 47, 51, 55, 60, & 62** |

Plaintiff Federal Trade Commission ("FTC") submits this motion to unseal the parties' briefing on Kochava Inc.'s ("Kochava") Motion to Dismiss First Amended Complaint (the "MTD") [Dkts. 33, 45, 51, 60, & 62] and Kochava's Motion for Sanctions under Rule 11 ("Rule 11 Motion") [Dkts. 40, 47, & 55]. In support of this motion, the FTC states:

1) Kochava filed its MTD on July 5, 2023. The Court granted Kochava's request to seal the MTD on July 10, 2023 [Dkt. 36] and subsequently sealed the FTC's response [Dkt. 46],

1

Kochava's reply [Dkt. 54], and the FTC's sur-reply [Dkt 61].

2) Kochava filed its Rule 11 Motion on August 8, 2023 [Dkt. 40]. The Court granted Kochava's request to seal the Rule 11 Motion on August 9, 2023 [Dkt. 43] and subsequently sealed the FTC's response [Dkt. 50] and Kochava's reply [Dkt. 58].

3) On November 3, 2023, the Court denied Kochava's Rule 11 Motion [Dkt. 63]. In its opinion, the Court stated its intention to "unseal the documents that it previously sealed pending the outcome of the Rule 11 motion." [Dkt. 63, at 19 (citing to Dkts. 33, 40, 45, 47, 51, 55, 60, & 62)]. Before doing so, however, the Court granted the parties "fourteen days in which to object to the unsealing of any of those documents…." [Dkt. 63, at 20].

4) As of February 9, 2024, neither party has objected to the unsealing of these documents.

Wherefore, the FTC respectfully requests the Court unseal the documents it previously sealed at Dkts. 33, 40, 45, 47, 51, 55, 60, and 62.

Respectfully submitted,

Dated: February 9, 2024   /s Brian Shull

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION