BRIAN SHULL, IL Bar No. 6293797
JULIA A. HORWITZ, DC Bar No. 1018561
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3734
Fax: (202) 326-3062
bshull@ftc.gov
jhorwitz@ftc.gov

ELIZABETH C. SCOTT, IL Bar No. 6278075
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
Phone: (312) 960-5609
Fax: (312) 960-5600
escott@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KOCHAVA INC., corporation, <br><br> Defendant. | **Case No. 2:22-cv-00377-BLW** <br><br> **MOTION TO STRIKE AFFIRMATIVE DEFENSES AND REQUEST FOR JURY TRIAL [DKT. 73]** |

Plaintiff Federal Trade Commission ("FTC") submits this motion to strike the affirmative defenses and request for a jury trial included in Defendant Kochava Inc.'s ("Kochava") Answer to the Amended Complaint ("Answer") [Dkt. 73]. In support of this motion, the FTC states:

1) Kochava filed its Answer on February 20, 2024.

2) On March 5, 2024, the Court granted the FTC's request for an extension of time to file a motion to strike the Answer or parts therein. The FTC's request was based on its desire

1

to avoid motion practice if possible. The Court set a new deadline for the FTC's motion to strike to March 26, 2024.

      3)      Despite attempts by the FTC to address deficiencies in Kochava's Answer with the company without motion practice, the FTC has been unable to do so. As a result, for the reasons explained in the accompanying memorandum of law, the FTC respectfully requests the Court strike Kochava's affirmative defenses in the Answer, including striking Affirmative Defenses numbered 1-4, 7-8, 12, 14-22, 24-31 with prejudice. The Court should also strike Kochava's request for a jury trial.

      Wherefore, the FTC respectfully requests the Court grant its motion to strike.

Respectfully submitted,

Dated: March 26, 2024      /s Brian Shull

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION