UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>KOCHAVA INC., corporation,<br><br>  Defendant. | Case No. 2:22-cv-00377-BLW<br><br>**JOINT MOTION TO EXTEND THE TIME FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS** |

Plaintiff Federal Trade Commission ("FTC") and Defendant Kochava Inc. ("Kochava") submit this Joint Motion to Extend the Time for Joinder of Parties and Amendment of Pleadings. In support of this motion, the parties state:

1) Pursuant to the Court's Modified Scheduling Order (Dkt. 65), the current deadline for the parties to join parties and amend pleadings is May 6, 2024.

2) The parties believe extending this deadline to June 14, 2024, would facilitate settlement talks.

Wherefore, the parties respectfully request the Court extend the deadline for the parties to join parties and amend pleadings to June 14, 2024.

Respectfully submitted,

Dated: April 30, 2024          /s Brian Shull

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

1

/s Craig Mariam
CRAIG MARIAM

Attorney for Defendant
KOCHAVA INC.