IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KOCHAVA INC.,<br><br>Defendant. | Case No.: 2:22-cv-00377-BLW<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS** |

Before the Court is the parties' Joint Motion to Extend the Time for Joinder of Parties and Amendment of Pleadings (Dkt. 82). Good cause appearing, the Court hereby **GRANTS** the Motion (Dkt. 82) and modifies the Amended Scheduling Order (Dkt. 65) as follows: the deadline for joinder of parties and amendment of pleadings is extended to **June 14, 2024**.

IT IS SO ORDERED.

DATED: May 1, 2024

_____
B. Lynn Winmill
United States District Judge