UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>KOCHAVA INC., corporation,<br><br>    Defendant. | Case No. 2:22-cv-00377-BLW<br><br>**JOINT MOTION TO EXTEND THE TIME FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS** |

Plaintiff Federal Trade Commission ("FTC") and Defendant Kochava Inc. ("Kochava") submit this Joint Motion to Extend the Time for Joinder of Parties and Amendment of Pleadings. In support of this motion, the parties state:

1) On May 1, 2024, the Court granted the parties' Joint Motion to Extent the Time for Joinder of Parties and Amendment of Pleadings and extended the deadline for joinder of parties and amendment of pleadings to June 14, 2024. (Dkt. 83.)

2) The parties believe that further extending this deadline to July 15, 2024, would facilitate settlement talks.

Wherefore, the parties respectfully request the Court extend the deadline for the parties to join parties and amend pleadings to July 15, 2024.

Respectfully submitted,

Dated: June 10, 2024            /s Brian Shull

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

1

/s Craig Mariam
CRAIG MARIAM

Attorney for Defendant
KOCHAVA INC.