UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>KOCHAVA INC., a corporation<br><br>　and<br><br>COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:22-cv-00377-BLW<br><br>**ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR KOCHAVA INC. AND COLLECTIVE DATA SOLUTIONS, LLC TO RESPOND TO SECOND AMENDED COMPLAINT** |

THIS MATTER having come before the Court without oral argument and pursuant to the Joint Stipulation for Extension of Time for Kochava Inc. to Respond to Second Amended Complaint, entered into by the parties and filed on September 13, 2024, Dkt. No. 92.

WHEREFORE, good cause appearing, the Court orders that the deadline for Kochava Inc. and Collective Data Solutions, LLC to respond to the Second Amended Complaint is extended to October 7, 2024.

**SO ORDERED.**

DATED: September 16, 2024

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**