IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KOCHAVA INC.,<br><br>Defendant. | Case No.: 2:22-cv-00377-BLW<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

Before the Court is the parties' Joint Stipulation to Modify Scheduling Order (Dkt. 93). After considering the Stipulation, and good cause appearing, the Court hereby amends the case management deadlines within the Scheduling Order (Dkt. 17, 65) and Joint Discovery Plan (Dkt. 14) as follows:

1. Dispositive Motion Deadline: **September 5, 2025**

2. Joinder of Parties & Amendment of Pleadings Deadline: **May 6, 2024**

3. Alternative Dispute Resolution Deadline: **May 26, 2025**

4. Fact Discover Deadline: **May 16, 2025**

5. Expert Discovery Deadline: **July 31, 2025**

    a. Plaintiff's and Defendant's identification and disclosure of affirmative expert witnesses: **May 27, 2025**

    b. Disclosure of rebuttal experts: **June 30, 2025**

**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER (DKT. 93)**- 1

DATED: September 19, 2024

_____
B. Lynn Winmill
U.S. District Court Judge