CRAIG J. MARIAM  (SBN: 11061)
cmariam@grsm.com
HAZEL M. B. PANGAN (Admitted *Pro Hac Vice*)
hpangan@grsm.com
ELENA A. KUZMINOVA (Admitted *Pro Hac Vice*)
ekuzminova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone:  (208) 489-9095
Facsimile:  (877) 306-0043

Attorneys for Defendants
KOCHAVA INC. and
COLLECTIVE DATA SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**
**NORTHERN (COEUR D'ALENE) DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KOCHAVA INC., a corporation<br><br>　and<br><br>COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-00377-BLW<br><br>Judge: Honorable B. Lynn Winmill<br><br>**MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Kochava Inc. ("Kochava") and Collective Data Solutions, LLC ("CDS") (collectively, "Defendants") will and hereby do respectfully move this Honorable Court for an Order dismissing Plaintiff Federal Trade Commission's (hereinafter "FTC") Second Amended Complaint for failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

-2-

Pursuant to the Local Rules of Civil Practice before the United States District Court for the District of Idaho, the Court will issue a notice of hearing for this Motion. Dist. Idaho L. Rule 7.1.

Pursuant to Judge B. Lynn Winmill's Chambers Rules, on September 20, 2024, Defendants' counsel met and conferred with counsel for the FTC regarding Defendants' grounds for this Motion.  The parties were unable to reach agreement for the filing of an amended complaint, thus necessitating the filing of this Motion.

This Motion is supported by the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss pursuant to Federal Rule of Civil procedure 12(b)(6), the Request for Judicial Notice, the Declaration of Douglas H. Meal, and the pleadings on file.

Dated: October 7, 2024                     Respectfully submitted,

By:   */s/ Craig J. Mariam*
      Craig J. Mariam
      Hazel M.B. Pangan
      Elena A. Kuzminova
      GORDON REES SCULLY MANSUKHANI, LLP
      999 W. Main Street, Suite 100
      Boise, ID 83702
      (208) 489-9095
      *cmariam@grsm.com*
      *hpangan@grsm.com*
      *ekuzminova@grsm.com*

      **Attorneys for Defendants Kochava Inc. and Collective Data Solutions, LLC**