CRAIG J. MARIAM  (SBN: 11061)
cmariam@grsm.com
HAZEL M. B. PANGAN (Admitted *Pro Hac Vice*)
hpangan@grsm.com
ELENA A. KUZMINOVA (Admitted *Pro Hac Vice*)
ekuzminova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone:  (208) 489-9095
Facsimile:  (877) 306-0043

Attorneys for Defendants
KOCHAVA INC. and
COLLECTIVE DATA SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN (COEUR D'ALENE) DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>KOCHAVA INC., a corporation<br><br>　　and<br><br>COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company<br><br>　　　　　　　　　　　Defendants. | CASE NO. 2:22-cv-00377-BLW<br><br>Judge: Honorable B. Lynn Winmill<br><br>**DECLARATION OF DOUGLAS H. MEAL**<br><br>[Submitted Concurrently with Defendants' Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)] |

I, Douglas H. Meal, declare as follows:

　　　1.　　I am an Adjunct Professor at Cleveland State University College of Law and Boston College Law School.  I am over the age of 18 years, and am otherwise competent to testify in this case and in a court of law. The matters stated herein are of my own personal knowledge, and if

called to testify, I would and could do so. Each document relied on or referenced in this declaration has been kept in the course of a regularly conducted business activity.

2. As an Adjunct Professor at Cleveland State University College of Law and Boston College Law School, I teach "Cybersecurity Litigation." I have been an Adjunct Professor at those schools since January and August of 2024, respectively.  Prior to my current position, I spent over 40 years in private practice, including as a partner at Ropes & Gray, LLP and Orrick Herrington & Sutcliffe LLP, where for the last 18 years I focused on privacy, data security, and cybersecurity litigation.  I was ranked by Chambers USA as the first "Band 1" litigator in the Privacy and Data Security category, and regarded by market sources as the leading privacy litigator in the United States. As part of my private practice, I represented major corporate clients, including Target, Neiman Marcus, The Home Depot, Hilton Worldwide, Landry's, Arby's, Shopify, Chegg, Supervalu, Sally Beauty, Sony, Heartland Payment Systems, TJ Maxx, Hannaford Brothers, Aldo, Genesco, and Wyndham Hotels.  I also represented LabMD, Inc. in *LabMD, Inc. v. F.T.C.,* 894 F.3d 1221 (11th Cir. 2018).  Attached hereto as Exhibit A is a true and correct copy of my Curriculum Vitae.

3. Attached hereto as Exhibit B is a true and correct copy of an article that I authored entitled "Misinterpreting Section 5(n) of the FTC Act: A Critique of the District Court's Rulings in *FTC v. Kochava*" (the "Article").

4. On September 16, 2024, I accepted an offer from the Journal of Law and Commerce of the University of Pittsburgh School of Law (the "Journal") for the Article to be published in the Journal. Attached hereto as Exhibit C is a true and correct copy of the agreement I entered into with the Journal in connection with the publication of the Article.

5. Upon information and belief, the Article will be published by the Journal in its

upcoming issue in approximately three to five months, in Journal Volume 43. After its publication, I am informed that the Article will be available both in print and on the Journal's official website at https://jlc.law.pitt.edu/ojs/jlc/index.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2024 at Stow, Massachusetts.

*Douglas H. Meal*