# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

KOCHAVA, INC.,

Defendant.

Case No. 2:22-cv-00377-BLW

**ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR KOCHAVA INC. AND COLLECTIVE DATA SOLUTIONS, LLC TO RESPOND TO SECOND AMENDED COMPLAINT**

THIS MATTER having come before the Court pursuant to the Joint Stipulation for Extension of Time for Kochava Inc. and Collective Data Solutions, LLC to Respond to Second Amended Complaint, entered into by the parties and filed on February 18, 2025 (Dkt. 104);

WHEREFORE, good cause appearing, the Court orders that the deadline for Kochava Inc. and Collective Data Solutions, LLC to respond to the Second Amended Complaint is extended to February 25, 2025.

**SO ORDERED.**

DATED: February 19, 2025

B. Lynn Winmill
U.S. District Court Judge