BRIAN SHULL, IL Bar No. 6293797
JULIA A. HORWITZ, DC Bar No. 1018561
JENNIFER RIMM, DC Bar No. 1019209
YAYI GUO, DC Bar No. 90028378
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3734
Fax: (202) 326-3062
bshull@ftc.gov
jhorwitz@ftc.gov
jrimm@ftc.gov
yguo@ftc.gov

ELIZABETH C. SCOTT, IL Bar No. 6278075
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
Phone: (312) 960-5609
Fax: (312) 960-5600
escott@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KOCHAVA INC., corporation, <br><br> and <br><br> COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company, <br><br> Defendants. | **Case No. 2:22-cv-00377-BLW** <br><br> **MOTION TO STRIKE AFFIRMATIVE DEFENSES AND REQUEST FOR JURY TRIAL [DKT. 107]** |

Plaintiff Federal Trade Commission ("FTC") submits this motion to strike the affirmative

defenses and request for a jury trial included in Defendants' Answer to the Second Amended Complaint ("Answer") [Dkt. 107]. In support of this motion, the FTC submits the attached Memorandum in Support.

    Wherefore, the FTC respectfully requests the Court grant its motion to strike.

Respectfully submitted,

Dated: March 7, 2025                /s Brian Shull

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT
JENNIFER RIMM
YAYI GUO

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION