UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KOCHAVA, INC.,<br><br>Defendant. | Case No. 2:22-cv-00377-BLW<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

Before the Court is the parties' Joint Stipulation to Modify Scheduling Order (Dkt. 10). After considering the Stipulation, and good cause appearing, the Court hereby amends the case management deadlines within the Scheduling Order (Dkt. 17, 65, 95) and Joint Discovery Plan (Dkt. 14) as follows:

1. Dispositive Motion Deadline: **February 5, 2026**

2. Joinder of Parties & Amendment of Pleadings Deadline: **May 6, 2024**

3. Alternative Dispute Resolution Deadline: **October 26, 2025**

4. Fact Discover Deadline: **October 16, 2025**

5. Expert Discovery Deadline: **January 15, 2026**

    a. Plaintiff's and Defendant's identification and disclosure of affirmative expert witnesses: **November 12, 2025**

**ORDER - 1**

    b. Disclosure of rebuttal experts: **December 15, 2025**

**SO ORDERED.**

DATED: March 26, 2025

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**