BRIAN SHULL, IL Bar No. 6293797
JULIA A. HORWITZ, DC Bar No. 1018561
JENNIFER RIMM, DC Bar No. 1019209
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3734
Fax: (202) 326-3062
bshull@ftc.gov
jhorwitz@ftc.gov
jrimm@ftc.gov

ELIZABETH C. SCOTT, IL Bar No. 6278075
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
Phone: (312) 960-5609
Fax: (312) 960-5600
escott@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>KOCHAVA INC., corporation,<br><br>and<br><br>COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company,<br><br>  Defendants. | Case No. 2:22-cv-00377-BLW<br><br>**EMERGENCY MOTION TO COMPEL THE ATTENDANCE OF JAMES BENOIT AT HIS DEPOSITION ON APRIL 10, 2025** |

  Plaintiff Federal Trade Commission ("FTC") submits this motion pursuant to Federal Rules of Civil Procedure 30(d)(2) and 37(a)(1) to compel the attendance of James Benoit at his

1

deposition noticed for April 10, 2025, for the reasons provided in the accompanying memorandum.

In compliance with Federal Rule of Civil Procedure 37(a)(1), the FTC requested a meet and confer with counsel for Defendants Kochava Inc. and Collective Data Solutions, LLC, to discuss this dispute. Counsel for Defendants informed counsel for the FTC by email that there was "nothing else to meet about." (Declaration of Julia Horwitz, filed concurrently herewith, at ¶ 24 and Ex. D.)

Wherefore, the FTC respectfully requests the Court order the attendance of James Benoit at his deposition noticed for April 10, 2025.

Respectfully submitted,

Dated: April 1, 2025                    /s *Elizabeth C. Scott*

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT
JENNIFER RIMM

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION