BRIAN SHULL, IL Bar No. 6293797
JULIA A. HORWITZ, DC Bar No. 1018561
JENNIFER RIMM, DC Bar No. 1019209
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3734
Fax: (202) 326-3062
bshull@ftc.gov
jhorwitz@ftc.gov
jrimm@ftc.gov

ELIZABETH C. SCOTT, IL Bar No. 6278075
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
Phone: (312) 960-5609
Fax: (312) 960-5600
escott@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KOCHAVA INC., corporation,<br><br>and<br><br>COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company,<br><br>Defendants. | Case No. 2:22-cv-00377-BLW<br><br>**UNOPPOSED MOTION TO AMEND PROTECTIVE ORDER [DKT. 74, 78]** |

Plaintiff Federal Trade Commission ("FTC") submits this unopposed motion to amend the protective order entered by the Court in this matter. In support of the motion, the FTC states

1

as follows:

1) On March 7, 2024, the Court adopted the parties' Stipulated Protective Order. [Dkt. 78]

2) The parties have been actively engaged in discovery in this matter, including sending *subpoenas duces tecum* pursuant to Federal Rule of Civil Procedure 45 to non-parties.

3) In order to facilitate the production of documents from non-parties that have requested additional protections for their confidential documents, the parties have stipulated to an Amended Protective Order Governing Confidential and Sensitive Personal Information (filed concurrently herewith) that adds an "attorneys-eyes only" designation framework.

4) To assist the Court in its review, the FTC also is filing concurrently herewith a redline showing the edits made from the Stipulated Protective Order entered by the Court last year.

Wherefore, the FTC respectfully requests the Court grant its motion and enter the attached Stipulated Amended Protective Order Governing Confidential and Sensitive Personal Information.

Dated: April 7, 2025

Respectfully submitted,

/s Brian Shull

BRIAN SHULL
JULIA A. HORWITZ
ELIZABETH C. SCOTT
JENNIFER RIMM

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION