JENNIFER RIMM, DC Bar No. 1019209
ERIK JONES, IL Bar No. 6283
BRIAN SHULL, IL Bar No. 6293797
JULIA A. HORWITZ, DC Bar No. 1018561
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3734
Fax: (202) 326-3062
jrimm@ftc.gov
ejones2@ftc.gov
bshull@ftc.gov
jhorwitz@ftc.gov

ELIZABETH C. SCOTT, IL Bar No. 6278075
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
Phone: (312) 960-5609
Fax: (312) 960-5600
escott@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 2:22-cv-00377-BLW** |
| Plaintiff, | **MOTION TO STAY THE CASE IN LIGHT OF UNITED STATES GOVERNMENT CESSATION** |
| v. | |
| KOCHAVA INC., corporation, | |
| and | |
| COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company, | |
| Defendants. | |

-1-

The Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay of all briefing and other deadlines in this case. In support of this motion, counsel for the FTC states as follows:

1.      The deadlines in this case are set forth in the Order on Joint Stipulation to Modify Scheduling Order (Dkt. No. 125).

2.      At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating, and does not know when funding will be restored.

3.      Absent an appropriation, FTC attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4.      Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

5.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.[1]

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay of briefing in this case until FTC attorneys are permitted to resume their usual civil litigation functions.

                                        Respectfully submitted,

---

[1]      Counsel for the Commission attempted to confer with counsel for Defendants regarding this motion by email on September 30, 2025, but received no response. Counsel for the Commission is filing this motion as part of an orderly shutdown process.

-3-

Dated: October 1, 2025

FEDERAL TRADE COMMISSION

By:    /s Jennifer Rimm
        Erik Jones
        Brian Shull
        Julia Horwitz
        Elizabeth Scott
        Federal Trade Commission
        600 Pennsylvania Avenue, N.W.
        Washington, D.C. 20580
        (202) 326-3734
        *jrimm@ftc.gov*
        *ejones2@ftc.gov*
        *bshull@ftc.gov*
        *jhorwitz@ftc.gov*
        *escott@ftc.gov*

        **Attorneys for Plaintiff**
        **Federal Trade Commission**