CRAIG J. MARIAM  (SBN: 11061)
cmariam@grsm.com
HAZEL M.B. PANGAN (Admitted *Pro Hac Vice*)
hpangan@grsm.com
Elena A. Kuzminova (Admitted *Pro Hac Vice*)
ekuzminova@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
999 W. Main Street, #100
Boise, ID 83702
Telephone:  (208) 489-9095
Facsimile:  (877) 306-0043

Attorneys for Defendants
KOCHAVA INC. and
COLLECTIVE DATA
SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# NORTHERN (COEUR D'ALENE) DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:22-cv-00377-BLW |
| Plaintiff, | Judge: Hon. B. Lynn Winmill |
| vs. | **CONSENTED MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| KOCHAVA INC., a corporation, | |
| and | |
| COLLECTIVE DATA SOLUTIONS, LLC, limited liability company | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

Gordon Rees Scully Mansukhani, LLP hereby respectfully moves, with client consent, to withdraw as counsel for Defendants Kochava Inc. and Collective Data Solutions, LLC.  This Motion is based on the attached memorandum of points and authorities, declaration of Craig J. Mariam, and the pleadings, files and other materials that are on file with the Court or may be

presented at the hearing, if one is required.

Dated: October 28, 2025                             Respectfully submitted,

                                                      By:  */s/ Craig J. Mariam*
                                                          Craig J. Mariam
                                                          Hazel M.B. Pangan (Admitted *Pro Hac Vice*)
                                                          Elena A. Kuzminova (*Admitted Pro Hac Vice*)
                                                          GORDON REES SCULLY MANSUKHANI, LLP
                                                          999 W. Main Street, Suite 100
                                                          Boise, ID 83702
                                                          (208) 489-9095
                                                          *cmariam@grsm.com*
                                                          *hpangan@grsm.com*
                                                          *ekuzminova@grsm.com*

                                                          **Attorneys for Defendants Kochava Inc.**
                                                          **and Collective Data Solutions, LLC**

-2-