[NAMES AND ADDRESSES OF COUNSEL
APPEAR ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>KOCHAVA INC., corporation,<br><br>and<br><br>COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company,<br><br>    Defendants. | Case No. 2:22-cv-00377-BLW<br><br>**JOINT MOTION TO CONTINUE STAY AND VACATE CERTAIN CASE DEADLINES** |

The Federal Trade Commission ("FTC") and Defendants Kochava, Inc. and Collective Data Solutions, LLC (collectively, "Defendants") jointly move the Court to continue the stay entered on October 2, 2025 (Dkt. 127) and to vacate all deadlines in the current scheduling order with a date after October 2, 2025. In support of this motion, the parties state as follows:

1.     On October 1, 2025, the Federal Trade Commission ("FTC") moved to stay all deadlines in this case given the lapse of appropriations to the FTC (Dkt. No. 126). On October 2, 2025, the Court entered a stay and extended the deadlines set forth in the Order on Joint

Stipulation to Modify Scheduling Order (Dkt. No. 125) commensurate with the lapse in appropriations (Dkt. No. 127).

2. On October 28, 2025, while this case was stayed, Gordon Rees Scully Mansukhani, LLP moved to withdraw as counsel for Defendants (Dkt. No. 128). This Court granted the motion several days later and ordered that "[u]pon filing of proof of service on defendants, no further proceedings can be had in this action that will affect the defendants' rights until further order of this Court" (Dkt. No. 130).

3. The FTC resumed normal operations on November 13, 2025. Defendants were not represented by counsel at this time. Subsequently, on November 21, 2025, counsel from Kirton McConkie filed a notice of appearance on behalf of Defendants (Dkt. No. 132).

4. The parties have conferred on next steps in this case. Counsel for Defendants is awaiting transfer of the case file for this matter from Gordon Rees Scully Mansukhani, LLP, which defense counsel understands will take several weeks. Upon receipt, Defendants' new counsel will require time to review these files before engaging with the FTC regarding matters like discovery and scheduling.

5. Although the stay has expired by its terms with the restoration of appropriations, the deadlines in the existing scheduling order will begin to run in the coming days. In light of new defense counsel and lack of file access, those dates are no longer feasible.

6. For the foregoing reasons, the parties jointly request that the Court:

a. continue the stay in this matter through January 23, 2026 to allow Defendants' new counsel reasonable transition time;

    b.  vacate all deadlines in the current scheduling order with a date after October 2, 2025; and

    c. set a new scheduling conference after January 23, 2026, at which the parties can propose a revised schedule once Defendants' counsel has received and reviewed the case file.

    6.    There is good reason to grant the parties' joint motion to continue the stay of these proceedings. Due to the substitution of counsel, Defendants are unable to resume this litigation immediately. A continuation of the October 2, 2025, stay through January 23, 2026, will permit new counsel a reasonable transition period.

    For the reasons set forth above, the parties respectfully request that the Court grant the relief sought in this motion.

Dated: December 5, 2025

    Respectfully submitted,

FEDERAL TRADE COMMISSION

By:  /s/ Jennifer Rimm
      Erik Jones
      Elizabeth Scott
      Michael Sherling
      Federal Trade Commission
      600 Pennsylvania Avenue, N.W.
      Washington, D.C. 20580
      (202) 326-2277
      *jrimm@ftc.gov*
      *ejones2@ftc.gov*
      *escott@ftc.gov*
      *msherling@ftc.gov*

**Attorneys for Plaintiff**
**Federal Trade Commission**

KOCHAVA INC. AND COLLECTIVE DATA SOLUTIONS, LLC

By:  /s/ Jennifer Reinhardt-Tessmer
      Jennifer Reinhardt-Tessmer

-4-

        Jacob N. Matt
        **KIRTON MCCONKIE**
        1100 W. Idaho St., Ste. 930
        Boise, ID 83702
        (208) 370-3325
        jtessmer@kmclaw.com
        jmatt@kmclaw.com

**Attorneys for Defendants**