[NAMES AND ADDRESSES OF COUNSEL
APPEAR ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:22-cv-00377-BLW |
| Plaintiff, | **JOINT NOTICE OF PROPOSED SETTLEMENT** |
| v. | |
| KOCHAVA INC., a corporation; and COLLECTIVE DATA SOLUTIONS, LLC, a limited liability company | |
| Defendants. | |

**PLEASE TAKE NOTICE** that counsel for Plaintiff Federal Trade Commission ("FTC") and Defendants have negotiated a final settlement in this matter. Although FTC counsel has the authority to negotiate settlement agreements, under Section 4.14(c) of the FTC's Rules of Practice, 16 C.F.R. § 4.14(c), only a majority vote by the FTC Commissioners can approve any such agreement and authorize its filing in court.

The FTC's review and approval process can take several weeks. In light of the Court's December 8, 2025 order, the parties respectfully provide this notice to update the Court that the parties do not anticipate seeking a scheduling conference while the FTC's review and approval process is underway. If the FTC approves the settlement, further litigation in this matter will not be necessary.

Dated: February 26, 2026

                                                                Respectfully submitted,

FEDERAL TRADE COMMISSION

By:   /s Jennifer Rimm
        Erik Jones
        Elizabeth Scott
        Michael Sherling
        Federal Trade Commission
        600 Pennsylvania Avenue, N.W.
        Washington, D.C. 20580
        (202) 326-2277
        *jrimm@ftc.gov*
        *ejones2@ftc.gov*
        *escott@ftc.gov*
        *msherling@ftc.gov*

**Attorneys for Plaintiff
Federal Trade Commission**

KOCHAVA INC. AND COLLECTIVE DATA SOLUTIONS, LLC

By:   /s/ Jennifer Reinhardt-Tessmer
        Jennifer Reinhardt-Tessmer
        Jacob N. Matt
        **KIRTON MCCONKIE**
        1100 W. Idaho St., Ste. 930
        Boise, ID 83702
        (208) 370-3325
        jtessmer@kmclaw.com
        jmatt@kmclaw.com

**Attorneys for Defendants**